AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

EDWIN F. QUINONES-LOPEZ
SAN AGUSTIN ST. BLDG. 268 APT.12
SAN JUAN, P.R. 00901
TEL. 787-605-1713
SISTER-DIANA GARCIA-787-725-5106
787-782-1993

**WARRANT FOR ARREST**

Case Number: 98-CR-0005-01 (HL)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ EDWIN F. QUINONES-LOPEZ _____
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

SEE MOTION AND ORDER ATTACHED.

in violation of Title _____ United States Code, Section(s) _____

HECTOR M. LAFFITTE                                S/HECTOR M. LAFFITTE
Name of Issuing Officer                           Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE                      JUNE 7, 2004 AT HATO REY, PUERTO RICO
Title of Issuing Officer                          Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at SAN JUAN, PR

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-7-04 | DANIEL CRUZ | By: [signature] |
| DATE OF ARREST 1-04 | DUSM | |

Certified to be a true and exact copy of the original.
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico

By: [signature]
DEPUTY CLERK